WM. M. SPENCER, JR., for appellant. GASTON & DRENNEN, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## EX PARTE AMERICAN NATIONAL INS. CO v. MOORE.

(Decided January 20, 1916.)

CERTIORARI to Court of Appeals.

ESTES, JONES & WELCH, for appellant. GOODWYN & ROSS, for appellee.

THOMAS, J.—Petition by American N. I. Co. for certiorari to review the judgment of said court affirming the appeal of *Am. N. I. So. v. Moore*, 14 Ala. App., 70 South. 190. Writ denied.

ANDERSON, C. J., MAYFIELD and SOMERVILLE, JJ., concur.

---

## EX PARTE ARRINGTON v. THE STATE.

(Decided December 16, 1915,)

CERTIORARI to Court of Appeals.

H. L. MARTIN, for petitioner. W. L. MARTIN, Attorney General, for the State.

GARDNER, J.—Petition of James Arrington for certiorari to the Court of Appeals to review the decision of that court in the case of *Arrington v. State*, 13 Ala. App. 359, 69 South. 385. Writ denied.

ANDERSON, C. J., McCLELLAN and SAYRE, JJ., concur.

---

## EX PARTE BARCLAY.

(Decided January 20, 1916.)

CERTIORARI to Court of Appeals.

HARSH, HARSH & HARSH, and C. C. McNABB, for petitioner. MAX J. WINKLER, and VICTOR SMITH, for appellee.

SOMERVILLE, J.—Petition of J. W. Barclay for certiorari to Court of Appeals to review and revise the judgment of said court in the case of *Sibley v. Barclay*, 14 Ala. App., 70 South. 201. Writ denied.

ANDERSON, C. J., MAYFIELD and THOMAS, JJ., concur.